## CANAAN v. GRAFTON COUNTY.

In gaining a legal settlement under Gen. Laws, c. 81, s. 1, ix, it is immaterial that the pauper was taxed by a wrong name.

PETITION, to be reimbursed the sum of $134.50 expended for the support of one George P. McCormick, a poor person. Said McCormick resided in Canaan from some time in 1872 until his death in March, 1888, and was taxed for his poll there in 1873 and 1874 under the name of James McCormick, and from 1875 to 1879, inclusive, under the name of George P. McCormick. He paid all taxes legally assessed on his poll and estate, including those assessed against him by the name of James McCormick, during the above seven years. His true name was George P. McCormick.

*G. W. Murray*, for the plaintiffs.

*Chase & Streeter*, for the defendants.

CLARK, J. McCormick acquired a legal settlement in Canâan by residing in the town and being taxed for his poll for seven years in succession, and paying all taxes legally assessed on his poll and estate during that time. G. L., c. 81, s. 1. It is immaterial that he was taxed by the name of James McCormick in the years 1873 and 1874. George P. McCormick was the person intended to be taxed, and the tax was assessed against him by the name of James McCormick, and paid by him. Whether the mistake in the name was accidental or intentional, it did not invalidate the tax. *Sawyer* v. *Gleason*, 59 N. H. 140; *VanDyke* v. *Carleton*, 61 N. H. 574. The error was one of form merely, and the assessment appears to have been satisfactory to McCormick from his payment of the taxes without objection; and the town having made the assessment in that form, and having collected and appropriated the taxes of 1873 and 1874, ought not now to be permitted to question the validity of the assessment. *West* v. *Errol*, 58 N. H. 233; *Cogswell* v. *Bank*, 59 N. H. 43.

*Judgment for the defendants.*

CARPENTER, J., did not sit: the others concurred.